**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 380 WAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
AUSTIN B. KRINOCK, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.